# EXHIBIT

# A

[redacted]

# Certificate of Analysis

September 14, 2021

Migliaccio & Rathod
ATTN: Nicholas Migliaccio
412 H St. NE, Ste 302
Washington, DC 20002
nmigliaccio@classlawdc.com

**Sample Name:** [redacted] Harris Teeter Teething Wafers- Apple & Kale
**Sample Lot:** [redacted]
**Sample Type:** Teething Wafers
**Received:** August 30, 2021
**Laboratory Sample ID:** 2108421-08

| Analyte | MDL | LOQ | Result | Units | Qualifier | Method |
|---|---|---|---|---|---|---|
| Arsenic | 2.2 | 9.6 | 45.5 | ppb (µg/kg) | | AOAC 2015.01, Mod |
| Cadmium | 1.3 | 2.9 | 13.1 | ppb (µg/kg) | | AOAC 2015.01, Mod |
| Lead | 1.0 | 2.9 | 6.5 | ppb (µg/kg) | | AOAC 2015.01, Mod |
| Mercury | 1.7 | 9.6 | < 1.7 | ppb (µg/kg) | U | AOAC 2015.01, Mod |

[redacted]