**UNITED STATES DISTRICT COURT**
**SOUTHERN DIVISION OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TASHEBA BARNETT, ADELE HOFFMAN, and CHADAELA LOVINCEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br>v.<br><br>THE KROGER COMPANY d/b/a Simple Truth Organic, HARRIS TEETER, LLC, HARRIS TEETER SUPERMARKETS, INC., FRED MEYER INC.<br><br>*Defendants*. | ) | Case No. 1:22-cv-00544-DRC<br><br>District Judge Douglas R. Cole<br><br>Magistrate Judge Karen L. Litkovitz |

## NOTICE OF WITHDRAWAL OF ATTORNEY ISHA R. DOSHI

PLEASE TAKE NOTICE THAT Isha R. Doshi withdraws her appearance as counsel of record for Plaintiffs in the above-captioned case. Plaintiffs will continue to be represented by Nicholas A. Migliaccio & Jason S. Rathod of Migliaccio & Rathod LLP.

Dated: January 27, 2026

Respectfully submitted,

*/s/ Isha R. Doshi*
**MIGLIACCIO & RATHOD LLP**
Isha R. Doshi
idoshi@classlawdc.com
412 H Street NE, Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520

*Counsel For Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL of Attorney Isha R. Doshi was filed electronically using the Court's CM/ECF system, which will send notice to all parties and counsel of record.

Dated: January 27, 2026

By: */s/ Isha R. Doshi*
Isha R. Doshi