**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TASHEBA BARNETT, *et al.*, individually and on behalf of all others similarly situated, | : | Case No. 1:22-cv-00544-DRC |
| | : | District Judge Douglas R. Cole |
| Plaintiffs, | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| THE KROGER COMPANY, *et al.*, | : | **NOTICE OF FIRM NAME CHANGE** |
| | : | |
| Defendants. | : | |

---

**PLEASE TAKE NOTICE** that the firm of Kantrowitz, Goldhamer & Graifman, P.C., co-counsel for Plaintiffs, has changed its name to KANTROWITZ, GOLDHAMER, GRAIFMAN, PERLMUTTER & CARBALLO, P.C. The firm's address and contact information otherwise remain the same.

Dated: June 29, 2026

Respectfully submitted,


*/s/ Gary S. Graifman*
**KANTROWITZ, GOLDHAMER,**
**GRAIFMAN, PERLMUTTER &**
**CARBALLO, P.C.**
Gary Graifman (*pro hac vice*)
ggraifman@kgglaw.com
Melissa R. Emert (*pro hac vice*)
memert@kgglaw.com
Sam B. Smith (*pro hac vice*)
ssmith@kgglaw.com
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Telephone: (201) 391-7000
Facsimile: (201) 307-1086

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
*Trial Attorney*
Dylan J. Gould (0097954)
**MARKOVITS, STOCK & DE MARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com


*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2026, I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)